Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

London Division



Eastern District of Kentucky
FILED
OCT 06 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| TYRUS BENJAMIN JOHNSON ) | Case No. 5:25-cv-362-KKC |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| (Write the full name of each plaintiff who is filing this complaint. ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| If the names of all the plaintiffs cannot fit in the space above, ) | |
| please write "see attached" in the space and attach an additional ) | |
| page with the full list of names.) ) | |
| -v- ) | |
| NAVY FEDERAL CREDIT UNION, JADE TOWING & ) | |
| STORAGE, EASTERN KENTUCKY UNIVERSITY, ) | |
| and RICHMOND POLICE DEPARTMENT ) | |
| ) | |
| *Defendant(s)* ) | |
| (Write the full name of each defendant who is being sued. If the ) | |
| names of all the defendants cannot fit in the space above, please ) | |
| write "see attached" in the space and attach an additional page ) | |
| with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TYRUS BENJAMIN JOHNSON |
| Street Address | 225 Park Dr |
| City and County | Richmond, Madison County |
| State and Zip Code | KY, 40475 |
| Telephone Number | (561)346-5137 |
| E-mail Address | Tyrus_johnson309@mymail.eku.edu |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NAVY FEDERAL |
| Job or Title *(if known)* | |
| Street Address | 820 Follin Lane SE |
| City and County | Vienna, Fairfax County |
| State and Zip Code | Virginia, 22180 |
| Telephone Number | 1-888-842-6328 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JADE TOWING & STORAGE |
| Job or Title *(if known)* | |
| Street Address | 700 Chestnut Street |
| City and County | Berea, Madison County |
| State and Zip Code | Kentucky, 40403 |
| Telephone Number | (859)985-5555 |
| E-mail Address *(if known)* | Compliance.jade@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | EASTERN KENTUCKY UNIVERSITY |
| Job or Title *(if known)* | |
| Street Address | 521 Lancaster Avenue |
| City and County | Richmond, Madison County |
| State and Zip Code | Kentucky, 40475 |
| Telephone Number | (859)622-1000 |
| E-mail Address *(if known)* | University.counsel@eku.edu |

Defendant No. 4

| | |
|---|---|
| Name | RICHMOND POLICE DEPARTMENT |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

COMPLAINT FOR VIOLATIONS OF FEDERAL CIVIL RIGHTS, INTERSTATE STALKING, MAIL FRAUD, CONSUMER PROTECTION LAWS, AND CRIMINAL CONSPIRACY

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Tyrus Benjamin Johnson, is a citizen of the State of *(name)* Kentucky.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

The defendant, *(name)* Navy Federal Credit Union, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* VIRGINIA.

Or is incorporated under the laws of *(foreign nation)* FLORIDA,

and has its principal place of business in *(name)* VIRGINIA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

STRONG EVIDENCE: Tesla Sentry Mode footage speaks for itself.
CLEAR VIOLATIONS: Federal statutes clearly violated.
SYMPATHETIC FACTS: Disabled father, student victim.
EMERGENCY NATURE: Emergency situation

Defendants plan to sell my vehicle October 7, 2025, requiring emergency relief.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Unprecedented evidence, Irreparable harm, strong legal claims for Federal Emergency Relief by students video evidence of federal stalking, mail fraud, SALE NEEDS TO STOP. EMERGENCY MOTION for student Plaintiff. Destruction of EVIDENCE, EDUCATIONAL DEVASTATION. $410,000,000 : TOTAL DAMAGES

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-6-25

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Tyrus Johnson

### B. For Attorneys

Date of signing: October 6, 2025

Signature of Attorney: [signature]
Printed Name of Attorney: Tyrus Johnson
Bar Number: iN Fact
Name of Law Firm: N/A
Street Address: 225 Park Dr
State and Zip Code: Ky 40475
Telephone Number: (521) 346-5137
E-mail Address: tyrus_johnson309@mymail.eku.edu

Page 5 of 5

*[Handwritten annotations: "EMERGENCY" across top; "Destruction of Evidence! Tesla Footage Undeniably unprecedented EVIDENCE!" on left margin; "STOP Sale to NOT Destroy Evidence" on right]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

## Directions for Completing the
## CIVIL RIGHTS COMPLAINT

This form is to be used to file a lawsuit:

- **against state or local officials** under the Civil Rights Act, 42 U.S.C. §1983, or

- **against federal officials** under 28 U.S.C. §1331 pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

Complete the entire form. **ANSWER ALL QUESTIONS.**

Do not include legal arguments or citations. **EXPLAIN THE FACTS** -- what happened, on what date, where, and who was involved or was responsible.

You may attach additional sheets if you need more space, but stating simply "see attached" may result in dismissal of your complaint without prejudice.

You may draft your own complaint, but it must contain all of the information requested in this form. It must be typed or clearly handwritten.

You are responsible for paying the $350 [handwritten: $405] filing fee once your Complaint is filed, regardless of the outcome of your case. There is an additional administrative fee of $52 [Effective 05/01/2013] unless you are granted *in forma pauperis* status under 28 U.S.C. 1915.

If you cannot pay the entire fee when the Complaint is filed, you may file an application to proceed *in forma pauperis*. Your *in forma pauperis* application must include a completed affidavit form. Prisoners must also include a completed Certificate of Inmate Account.

If the Court grants you pauper status, the Court will permit you to proceed by paying only part of the fee or no fee at all. Prisoners must always pay the entire amount of the filing fee, but are permitted to pay it in installments if granted pauper status.

Keep a copy of all documents you file with the Court for your own records. The Clerk of the Court must charge for copies, regardless of *in forma pauperis* status.

You must advise the Clerk of the Court if you change your address. Your case may be dismissed if you fail to do so.

Rev 01/22